**SEALED**

**BY THE ORDER OF THE COURT**

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
E-mail: Margaret.Nammar@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
August 30, 2022
John A. Mannle, Clerk of Court

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 22-1509 WRP |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT IN SUPPORT OF |
| vs. | ) | CRIMINAL COMPLAINT |
| | ) | |
| BARRY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true

and correct to the best of my knowledge and belief:

<u>Count 1</u>
Distribution of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about November 15, 2021, within the District of Hawaii, BARRY WILLIAMS, the defendant, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) 841(b)(1)(A) and Title 18, United States Code, Section 2.

<u>Count 2</u>
Distribution of Fentanyl
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about November 16, 2021, within the District of Hawaii, BARRY WILLIAMS, the defendant, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Drug Enforcement Administration (DEA), and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

DATED:  August 30, 2022, at Honolulu, Hawaii.

Joshua Kent
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), on this 30th day of August 2022.

Wes Reber Porter
United States Magistrate Judge

3

# SEALED

**BY THE ORDER OF THE COURT**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## BACKGROUND

1.      I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been so employed since June 2019.  I am currently assigned to the Honolulu District Office where I investigate various drug related crimes: drug trafficking, drug manufacturing, and drug sales.  I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and make arrests for federal felony offenses.

2.      I have been involved in numerous drug-related arrests, numerous search warrants, and surveillance operations.  I have debriefed narcotics traffickers following their arrest.  I have participated in drug trafficking investigations in which court-authorized wire interception was utilized.  Based on my training and experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific types of language used by narcotics traffickers, the unique trafficking patterns employed by narcotics organizations and their patterns of drug abuse.

3.     I submit this affidavit in support of a Criminal Complaint for BARRY WILLIAMS ("WILLIAMS"), for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C) and Title 18, United States Code, Section 2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers.  This affidavit is intended to show merely that there is sufficient probable cause for the specified violations of federal law and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.     On approximately October 29, 2021, WILLIAMS gave approximately one pound of crystal methamphetamine and 85 knock-off M-30 pills containing fentanyl to a co-conspirator ("CC") who sold the drugs to an undercover law enforcement officer ("UC") for $7,040.

5.     On November 15, 2021, WILLIAMS gave approximately one pound of crystal methamphetamine to CC who sold the drugs to a UC for $5,500.

6.     On November 16, 2021, WILLIAMS gave approximately 150 knock-off M-30 pills containing fentanyl to CC who sold the drugs to a UC for $3,600.

7.     On January 6, 2022, WILLIAMS gave approximately one-half pound of crystal methamphetamine and 200 counterfeit M-30 pills containing fentanyl to CC who sold the drugs to a UC for $7,760.

2

8. On March 15, 2022, WILLIAMS gave approximately 400 counterfeit M-30 pills containing fentanyl to CC who sold the drugs to a UC for $8,800.

9. On August 10, 2022, WILLIAMS gave approximately one-half pound of crystal methamphetamine and 150 counterfeit M-30 pills containing fentanyl to CC who sold the drugs to a UC for $5,800.

10. All undercover purchases with the CC were audio recorded and surveilled by law enforcement. Law enforcement observed WILLIAMS picking up and driving the CC to each drug transaction.

11. On August 18, 2022, the CC was arrested by the DEA. The CC waived his/her *Miranda* rights and spoke freely with investigators. The CC confessed that Barry WILLIAMS provided crystal methamphetamine and M-30 pills containing fentanyl for all of the above drug transactions in which the CC sold drugs to the UC.

12. Law enforcement agents responsible for this investigation believe that the information provided by the CC is accurate and reliable because the CC has provided information against the CC's penal interest regarding the distribution of controlled substances, and law enforcement agents have been able to corroborate much of the information provided by the CC.

13. All drug evidence was submitted to the DEA Laboratory for testing. All drug evidence submitted before August 2022 was tested and confirmed the

3

substances were positive for crystal methamphetamine and fentanyl, respectively. All drug evidence from August 10, 2022 is pending DEA Laboratory results.

14.     Based on the foregoing facts, I respectfully submit there is probable cause to believe that BARRY WILLIAMS, the defendant, committed the aforementioned offenses.

DATED:  August 30, 2022, at Honolulu, Hawaii.

_____
Joshua Kent
Special Agent
Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at ___XXXX___ p.m. on August 30, 2022.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 30th day of August, 2022.



_____
Wes Reber Porter
United States Magistrate Judge

4